| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Eston** First Name | **Eurel** Middle Name | **Melton, III** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number (if known) | 17-11677-AJC | | |

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**AMEX**
**POB 650448**
**Dallas, TX 75265-0448**

Contact

Contact phone

What is the nature of the claim?   **Purchases of consumer goods and/or services**   $ **$21,614.25**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Unsecured claim   $ _____

**2**

**AMEX**
**POB 981537**
**El Paso, TX 79998-1537**

What is the nature of the claim?   **Purchases of consumer goods and/or services**   $ **$5,573.23**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
No

Debtor 1  **Eston Eurel Melton, III**     Case number *(if known)*  **17-11677-AJC**

---

**3**

**Brooks Brothers**
**POB 900106**
**Louisville, KY 40290-1006**

Contact

Contact phone

What is the nature of the claim?   Purchases of consumer goods and/or services    $ **$1,680.05**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  Value of security:    - $
  Unsecured claim    $

---

**4**

**Chase**
**Cardmember Service**
**POB  1423**
**Charlotte, NC 28201-1423**

Contact

Contact phone

What is the nature of the claim?   Purchases of consumer goods and/or services    $ **$5,644.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  Value of security:    - $
  Unsecured claim    $

---

**5**

**Citicards**
**POB 9001037**
**Louisville, KY 40290-1037**

Contact

Contact phone

What is the nature of the claim?   Purchases of consumer goods and/or services    $ **$4,178.20**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  Value of security:    - $
  Unsecured claim    $

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Eston Eurel Melton, III**  Case number *(if known)* **17-11677-AJC**

### 6

**Citicards**
**POB 9001037**
**Louisville, KY 40290-1037**

What is the nature of the claim? **Purchases of consumer goods and/or services**  $ **$2,323.19**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ ___
  Value of security:  - $ ___
  Unsecured claim  $ ___

Contact ___
Contact phone ___

### 7

**Discover**
**POB 71084**
**Charlotte, NC 28272-1084**

What is the nature of the claim? **Purchases of consumer goods and/or services**  $ **$13,288.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ ___
  Value of security:  - $ ___
  Unsecured claim  $ ___

Contact ___
Contact phone ___

### 8

**IRS**
**POB 7346**
**Philadelphia, PA 19101-7346**

What is the nature of the claim? **3430 Poinciana Avenue Miami, FL 33133-6525 Miami-Dade County Valuation based on 2016 comparative sales appraisal**  $ **$677,050.54**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  $ **$1,800,000.00**
  Value of security:  - $ **$1,800,000.00**
  Unsecured claim  $ **$677,050.54**

Contact ___
Contact phone ___

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Eston Eurel Melton, III**  Case number *(if known)*  **17-11677-AJC**

### 9

**Ruth Haseman Melton**
**916 Hillcrest Ct**
**Tallahassee, FL 32308-5060**

What is the nature of the claim?  **Delinquent alimony obligation**  $ **$409,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
    Value of security:  - $ _____
    Unsecured claim  $ _____

Contact _____
Contact phone _____

### 10

**Sears/Citicard**
**POB 6282**
**Sioux Falls, SD 57117**

What is the nature of the claim?  **Purchases of consumer goods and/or services**  $ **$972.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
    Value of security:  - $ _____
    Unsecured claim  $ _____

Contact _____
Contact phone _____

### 11

**Shell**
**POB 9001011**
**Louisville, KY 40290-1011**

What is the nature of the claim?  **Purchases of consumer goods and/or services**  $ **$48.50**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
    Value of security:  - $ _____
    Unsecured claim  $ _____

Contact _____
Contact phone _____

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  **/s/ Eston Eurel Melton, III**            X _____
    **Eston Eurel Melton, III**                  Signature of Debtor 2

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Eston Eurel Melton, III**                                    Case number *(if known)*  **17-11677-AJC**

Signature of Debtor 1

Date  **February 10, 2017**                                              Date

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy